Argued April 30, 1947. Decided June 2, 1947. *Per Curiam:* Reversed. *Blockburger* v. *United States,* 284 U. S. 299; *Albrecht* v. *United States,* 273 U. S. 1; *Gavieres* v. *United States,* 220 U. S. 338. MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE share the view of the Circuit Court of Appeals, 157 F. 2d 616, that this case is controlled by the principles announced in *Morgan* v. *United States,* 294 F. 82, 84; *Tritico* v. *United States,* 4 F. 2d 664, and *Goetz* v. *United States,* 39 F. 2d 903, and accordingly would affirm the judgment below. *W. Marvin Smith* argued the cause for the United States. With him on the brief were *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro. Roger Kent* argued the cause and filed a brief for respondent.

Nos. 1286 and 1370. SPEARS *v.* SPEARS. June 2, 1947. *Per Curiam:* The appeals are dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. Appellant *pro se. George A. Sutton* for appellee.

No. 1309. CORN PRODUCTS REFINING Co. *v.* UNITED STATES ET AL. June 2, 1947. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *American Sheet & Tin Plate Co.,* 301 U. S. 402; *United States* v. *Wabash R. Co.,* 321 U. S. 403. *Ernest S. Ballard* and

*Parker McCollester* for appellant. *Acting Solicitor General Washington* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission, appellees.

No. 1334. UNITED STATES *v.* WHEELBARGER;
No. 1335. UNITED STATES *v.* RAMBEAU;
No. 1336. UNITED STATES *v.* LEWIN; and
No. 1341. UNITED STATES *v.* SAGNER.

June 2, 1947. *Per Curiam:* The judgments are reversed. *United States* v. *Palletz,* 330 U. S. 812, and authorities cited. *Acting Solicitor General Washington* for the United States. Reported below: No. 1341, 71 F. Supp. 52.

No. 1344. HUMBLE OIL & REFINING CO. *v.* RAILROAD COMMISSION OF TEXAS ET AL.; and
No. 1345. WILLIAMS ET AL. *v.* RAILROAD COMMISSION OF TEXAS ET AL. June 2, 1947. *Per Curiam:* The motion to affirm is granted and the judgments are affirmed. *J. A. Rauhut, Nelson Jones, Norman L. Meyers, Rex G. Baker* and *R. E. Seagler* for appellant in No. 1344. *Dan Moody* for Williams et al., appellants in No. 1345. *Price Daniel,* Attorney General of Texas, and *Fagan Dickson,* First Assistant Attorney General, for the Railroad Commission of Texas et al., and *James P. Hart* for Ashcroft et al., appellees. Reported below: 193 S. W. 2d 824.

No. —. BAUER *v.* CLARK, ATTORNEY GENERAL OF THE UNITED STATES. June 2, 1947. The application for the appointment of counsel is denied.